# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STUDENT DOE 1, et al., : CIVIL ACTION
:
    v. :
:
LOWER MERION SCHOOL DISTRICT : NO. 09-2095

## ORDER

AND NOW, this 24th day of February, 2010, it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment (Doc. No. 32) is DENIED for the reasons set forth in the foregoing Memorandum.

2. Pretrial memos to be filed:

    Plaintiffs: March 5, 2010

    Defendant: March 12, 2010.

3. Objections to admissibility of documents, Motions in Limine, <u>Daubert</u> Motions and any other pretrial motions to be filed March 19, 2010.

4. Trial briefs (limited to 25 pages) to be filed March 23, 2010.

5. Final pretrial conference will be held on March 25, 2010 at 4:00 p.m. in Courtroom 3A.

6. Non-jury trial is scheduled for March 29, 2010 at 9:30 a.m. in Courtroom 3A.

                                       BY THE COURT:

                                       s/Michael M. Baylson

                                       Michael M. Baylson, U.S.D.J.