**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STUDENT DOE 1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 09-2095 |

## ORDER

The foregoing Memorandum constitutes the findings of fact after the non–jury trial.

Post–trial briefs shall be filed by May 27, 2010, limited to thirty pages. Oral argument shall take

place on June 9, 2010, at 2:00 p.m., in Courtroom 3A.

BY THE COURT:

Date:  May 13, 2010            /s/ Michael M. Baylson, U.S.D.J.
                               Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2095 Doe v. Lower Merion\Doe v. Lower Merion - Factual Findings Order.wpd