# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STUDENT DOE 1, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 09-2095 |

## ORDER

In light of the May 13, 2010 Memorandum setting forth the factual findings (Docket No. 114), and the foregoing Memorandum setting forth the legal findings, judgment shall be entered in favor of the Defendant Lower Merion School District, and against Plaintiffs. The Clerk is directed to close the case.

BY THE COURT:

Date: June 24, 2010      /s/ Michael M. Baylson
                         Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\09-2095 Doe v. Lower Merion\Doe v. Lower Merion - Legal Findings Order.wpd